1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                    **E-filed 12/13/05**
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12
   JIANMIN FANG,                    )      No. C 05-3907 JF
13                                   )
            Plaintiff,               )
14                                   )
         v.                          )      **STIPULATION TO DISMISS AND
15                                   )      [~~PROPOSED~~] ORDER**
   MICHAEL CHERTOFF, Secretary of the )
16 Department of Homeland Security,  )
   ROBERT DEVINE, Acting Director, U.S. )
17 Citizenship and Immigration Services; )
   CONDOLEEZZA RICE, Secretary of   )
18 State, Department of State; CARTON )
   Ayoung, Acting Officer in Charge, USCIS )
19 Beijing Office,                   )
                                     )
20          Defendants.              )
   _____   )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because

24 the defendants have agreed to issue travel documents to both plaintiff's wife and son by December

25 31, 2005.

26      Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation to Dismiss
C 05-3907 JF

1  Date: December 5, 2005                       Respectfully submitted,

2                                        KEVIN V. RYAN
United States Attorney

                                                /s/

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: December 5, 2005                       /s/

JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  12/13/05                   /s/electronic signature authorized

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C 05-3907 JF                       2